1   Daniel J. Rylander, P.C.
    Attorneys At Law
2   St. Philip's Plaza
    4340 North Campbell, Suite 266
3   Tucson, Arizona 85718
    Office (520) 299-4922-Fax (520)299-1482
4
    Daniel J. Rylander
5   PAN #64969 - Ariz. Bar #15279
    Noreen A. Cary
6   PAN# 66727 - Ariz. Bar #27116
    Attorneys for Debtors.
7

8                   IN THE  UNITED  STATES  BANKRUPTCY  COURT

9                        FOR THE DISTRICT OF ARIZONA

10  In re:                              )   In Proceedings Under Chapter 13
                                        )
11  PATRICK A. HORN,                    )   No.: 4:11-bk-25241-JMM
    SSN: xxx-xx-5320                    )
12                                      )   **DEBTORS' PARTIAL OBJECTION**
                                        )   **TO PROOF OF CLAIM # 2 FILED BY**
13  SUSANNA M. HORN,                    )   **AUTOMOTIVE PARTNERS FUNDING**
    SSN: xxx-xx-4587                    )   **AND NOTICE THEREON**
14                                      )
           Debtors.                     )
15  _____       )

16
           The Debtors, Patrick A. Horn and Susanna M. Horn, by and through counsel undersigned
17  below, object to the following claim:

18         Claim No.:          2

19         Claimant:           Automotive Partners Funding

20         Claim Amount:       $13,151.11

21         Claim Type:         Secured

22         Date of Filing:     September 12, 2011

23         The Debtors request that proof of claim # 2 filed by Automotive Partners Funding be denied

24  as to the interest rate portion of the claim.  Pursuant to the ruling in *Till v. SCS Credit Corp.* 541 U.S.

25  465 (2004), the Debtors can adjust the interest rate on a secured portion of a claim by using a

26  formula approach equal to the prime rate plus an additional risk adjustment rate to account for the

27  Debtors' risk of non-payment.  While the *Till* Court did not define how to compute the risk

28  adjustment rate, the courts have generally approved risk adjustment rates ranging from one percent

1  (1%) to three percent (3%). *In Re Martinez*, 409 B.R. 35, 42 (Bankr. S.D.N.Y. 2009). Based on that

2  formula, the interest rate on this claim should fall within the range of 4.25 % to 6.25%. The Debtors

3  proposed a six percent (6%) rate in their Chapter 13 Plan which falls within the high end of that

4  range. As such, the Debtors request that they be allowed to pay an interest rate of six percent (6%)

5  through the Chapter 13 Plan and that Proof of Claim # 2 be disallowed as to the interest rate portion

6  as stated specifically herein.

7  The Debtors, by and through their attorney undersigned below, recommend that said claim

8  be disallowed as recommended above by the Debtors unless on or before 17 days from the mailing

9  of this objection the creditor files a written request for a hearing, AND SETS FORTH the specific

10  grounds for such request, with the Clerk of the Bankruptcy Court, and mails a copy thereof to the

11  Debtors' counsel at the address stated above.

12  DATED this February 7, 2012.

13

14  /s/ Daniel J. Rylander
   DANIEL J. RYLANDER
15  NOREEN A. CARY
   DANIEL J. RYLANDER, P.C.
16  Attorneys for Debtors

17  Electronically filed with the Clerk
   of the United States Bankruptcy
18  Court, this February 7, 2012.

19  Copy of the foregoing mailed/
   hand delivered this February 7, 2012 to:
20
   Automotive Partners Funding
21  Acct.xxxx1368
   PO Box 57300
22  Tucson, AZ 85732

23  Dianne C. Kerns, Esq.
   Office of the Chapter 13 Trustee
24  mail @dcktrustee.com

25  Patrick and Susanna Horn
   2131 S. Hohokam Drive
26  Tucson, AZ 85735

27

28

2