Daniel J. Rylander, P.C.
Attorneys At Law
St. Philip's Plaza
4340 North Campbell, Suite 266
Tucson, Arizona 85718
Office (520) 299-4922-Fax (520)299-1482

Daniel J. Rylander
PAN #64969 - Ariz. Bar #15279
Noreen A. Cary
PAN# 66727 - Ariz. Bar #27116
Attorneys for Debtors.

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) In Proceedings Under Chapter 13 |
| PATRICK A. HORN, | ) No.: 4:11-bk-25241-JMM |
| SSN: xxx-xx-5320 | ) |
| | ) **DEBTORS' PARTIAL OBJECTION** |
| SUSANNA M. HORN, | ) **TO PROOF OF CLAIM # 9 FILED BY** |
| SSN: xxx-xx-4587 | ) **CAPITAL ONE AUTO FINANCE AND** |
| | ) **NOTICE THEREON** |
| Debtors. | ) |

The Debtors, Patrick A. Horn and Susanna M. Horn, by and through counsel undersigned below, object to the following claim:

Claim No.: 9

Claimant: Capital One Auto Finance

Claim Amount: $11,011.71

Claim Type: Secured

Date of Filing: October 17, 2011

The Debtors request that proof of claim # 9 filed by Capital One Auto Finance be denied as to the interest rate portion of the claim. Pursuant to the ruling in *Till v. SCS Credit Corp.* 541 U.S. 465 (2004), the Debtors can adjust the interest rate on a secured portion of a claim by using a formula approach equal to the prime rate plus an additional risk adjustment rate to account for the Debtors' risk of non-payment. While the *Till* Court did not define how to compute the risk adjustment rate, the courts have generally approved risk adjustment rates ranging from one percent

(1%) to three percent (3%). *In Re Martinez*, 409 B.R. 35, 42 (Bankr. S.D.N.Y. 2009). Based on that formula, the interest rate on this claim should fall within the range of 4.25 % to 6.25%. The Debtors proposed a six percent (6%) rate in their Chapter 13 Plan which falls within the high end of that range. As such, the Debtors request that they be allowed to pay an interest rate of six percent (6%) through the Chapter 13 Plan and that Proof of Claim # 9 be disallowed as to the interest rate portion as stated specifically herein.

The Debtors, by and through their attorney undersigned below, recommend that said claim be disallowed as recommended above by the Debtors unless on or before 17 days from the mailing of this objection the creditor files a written request for a hearing, AND SETS FORTH the specific grounds for such request, with the Clerk of the Bankruptcy Court, and mails a copy thereof to the Debtors' counsel at the address stated above.

DATED this February 7, 2012.

                                         /s/ Daniel J. Rylander
                                         DANIEL J. RYLANDER
                                         NOREEN A. CARY
                                         DANIEL J. RYLANDER, P.C.
                                         Attorneys for Debtors

Electronically filed with the Clerk
of the United States Bankruptcy
Court, this February 7, 2012.

Copy of the foregoing mailed/
hand delivered this February 7, 2012 to:

Ascension Capital Group, Inc.
Attn: Capital One Auto Finance Department
Account: XXXXXXXXXXXX3763
PO Box 201347
Arlington, TX 76006

Dianne C. Kerns, Esq.
Office of the Chapter 13 Trustee
mail @dcktrustee.com

Patrick and Susanna Horn
2131 S. Hohokam Drive
Tucson, AZ 85735

2