1  Daniel J. Rylander, P.C.
   Attorneys At Law
2  St. Philip's Plaza
   4340 North Campbell, Suite 266
3  Tucson, Arizona 85718
   Office (520) 299-4922-Fax (520)299-1482
4
   Daniel J. Rylander
5  PAN #64969 - Ariz. Bar #15279
   Noreen A. Cary
6  PAN# 66727 - Ariz. Bar #27116
7  Attorneys for Debtors.

8

9           IN THE  UNITED  STATES  BANKRUPTCY  COURT

10              FOR THE DISTRICT OF ARIZONA

11

12  In re:                          )  In Proceedings Under Chapter 13
                                    )
13  PATRICK A. Horn,                )  No.: 4:11-bk-25241-JMM
    SSN: xxx-xx-5320                )
14                                  )  **DEBTORS' OBJECTION TO PROOF OF**
    SUSANNA M. HORN,                )  **CLAIM # 3 AND NOTICE THEREON**
15  SSN: xxx-xx-4587                )
                                    )
16        Debtors.                  )
    _____ )
17

18        The Debtors, Patrick A. Horn and Susanna M. Horn (hereinafter "the Debtors"), by and

19  through counsel undersigned below, object to the following claim:

20        Claim No.:      3

21        Claimant:       Wells Fargo Bank, National Association, as Trustee, formerly Wells
22                        Fargo Bank Minnesota, National Association, by and through its
                          servicing agent, Vanderbilt Mortgage and Finance, Inc., successor
23                        servicer to Oakwood Acceptance Corporation, LLC

24        Claim Amount:   $32,396.88 at 13.75%

25        Claim Type:     Secured

26        Date of Filing: September 15, 2011

27        The Debtors request that proof of claim # 3 filed by Wells Fargo Bank, National Association,

28  as Trustee, formerly Wells Fargo Bank Minnesota, National Association, by and through its servicing

1  agent, Vanderbilt Mortgage and Finance, Inc., successor servicer to Oakwood Acceptance

2  Corporation, LLC, be denied as to the secured amount and the interest rate portions of the claim.

3  Pursuant to the ruling in *Till v. SCS Credit Corp.* 541 U.S. 465 (2004), a debtor can adjust

4  the interest rate on a secured portion of a claim by using a formula approach equal to the prime rate

5  plus an additional risk adjustment rate to account for the debtor's risk of non-payment. While the

6  *Till* Court did not define how to compute the risk adjustment rate, the courts have generally approved

7  risk adjustment rates ranging from one percent (1%) to three percent (3%). *In Re Martinez*, 409 B.R.

8  35, 42 (Bankr. S.D.N.Y. 2009). Based on that formula, the interest rate on this claim should fall

9  within the range of 4.25 % to 6.25%. The Debtors have proposed a six percent (6%) rate in their

10  Chapter 13 Plan which falls in the high end of that range. As such, the Debtors request that they be

11  allowed to pay an interest rate of six percent (6%) through the Chapter 13 Plan and that Proof of

12  Claim # 3 be disallowed as to the interest rate portion as stated specifically herein.

13  Regarding the amount of the secured claim, while the bankruptcy code does not allow

14  modification of a creditor's interest in a claim secured "only by a security interest in real property

15  that is the debtor's principal residence", it does allow modification or "cram down" of a creditor's

16  interest in a claim secured by a mobile home used as a principal residence and not classified as real

17  property. This is the Debtors' primary residence, and they do not own the lot that the mobile home

18  is located on. An appraisal has been obtained for the 2001 EATON PARK III SINGLE WIDE

19  mobile home showing a value of $17,233.70 and is attached as Exhibit A. As such, the Debtors

20  request that they be allowed to cram down the loan on the mobile home to $17,233.70 and that Proof

21  of Claim #3 be disallowed as to the secured amount as well, as stated specifically herein.

22
   The Debtors, by and through their attorney undersigned below, recommend that said
23
   claim be disallowed as recommended above by the Debtors unless on or before 17 days from the
24
   mailing of this objection the creditor files a written request for a hearing, AND SETS FORTH
25
26  the specific grounds for such request, with the Clerk of the Bankruptcy Court, and mails a copy

27  thereof to the Debtors' counsel at the address stated above.

28

2

DATED this February 7, 2012.

/s/ Daniel J. Rylander
DANIEL J. RYLANDER
NOREEN A. CARY
DANIEL J. RYLANDER, P.C.
Attorneys for Debtors

Electronically filed with the Clerk
of the United States Bankruptcy
Court, this February 7, 2012.

Copy of the foregoing mailed/
hand delivered this February 7, 2012 to:

Vanderbilt Mortgage and Finance, Inc.
PO Box 9800
Maryville, TN 37802

C T CORPORATION SYSTEM
2394 E. Camelback Road
Phoenix, AZ 85016
Statutory Agent for Vanderbilt Mortgage and Finance, Inc.

Dianne C. Kerns, Esq.
Office of the Chapter 13 Trustee
mail @dcktrustee.com

Patrick and Susanna Horn
2131 S. Hohokam Drive
Tucson, AZ 85735

3

**EXHIBIT A**

4

 **NADA**

# NADA APPRAISAL GUIDES

## VALUE REPORT

Date __06/01/2011__

| | |
|---|---|
| Company Name: | Harris Mobile Home Sales |
| Address: | 2221 N. Oracle Rd Suite 2 |
| City: Tucson | State: AZ    Zip: 85705 |

| Reference Number | P. & S. Horn | Office Location | Arizona | Guide Edition | May-Aug |
|---|---|---|---|---|---|

| Year Mfg'd | Manufacturer | Trade Name | State | Region |
|---|---|---|---|---|
| 2001 | CHAMPION | EATON PARK III | AZ | MO |

Floor Areas: Single-Wide     Chart: 311

| | Width | Length | Total Value |
|---|---|---|---|
| Main Floor Area | 16  x | 56 | $13,335.00 |

| | | | | |
|---|---|---|---|---|
| Floor Value | | | | $13,335.00 |
| Heavy Items Multiplier: | | | x | N/A |
| 1. Base Structure Value | | | | $13,335.00 |
| 2. State Location Adjustment ☑ | | | x | 102.00% |
| 3. Total Guide Book Retail Value (in average condition) | | | | $13,601.70 |
| 4. Condition Adjustment | Excellent ☐  Good ☐  Average ☐  Fair ☐  Poor ☐  N/A ☑ | | x | N/A |
| 5. Condition Adjusted Value | Remaining Physical Life: N/A | | | $13,601.70 |
| 6. Land-Lease Community Adjustment | Unique ☐  Excellent ☐  Standard ☐  Fair ☐  Poor ☐  N/A ☑ | | x | N/A |
| 7. Land-Lease Community Adjusted Value | | | | $13,601.70 |
| 8. Total Adjusted Value of Home | | | | $13,601.70 |
| 9. Total Additional Features | | | + | $4,958.00 |
| 10. Total Repairs | | | - | $1,336.00 |
| 11. Total Adjusted (Retail) Value of Home and Optional Equipment | | | | $17,223.70 |
| 12. Wholesale Value | Consignment ☐  Purchase ☐  Moved For Resale ☐  N/A ☑ | x N/A | | N/A |
| 13. Additional Adjustments ☐ | | | | |

Completed By:    Allan Herman

Comments:

Home needs heavy-duty cleaning & other misc. repairs

---

1004C/70B users - cost guide quality converts to: Fair.
For detailed explanation, see "Construction Quality" under "Help".

---

_Allan Herman, Az Lic. # S 15309_

Value Report Filename:

Copyright © 2010 NADA Appraisal Guides, Inc., All rights reserved.


## VALUE REPORT

Date  06/01/2011

Company Name: Harris Mobile Home Sales
Address: 2221 N. Oracle Rd Suite 2
City: Tucson
State: AZ    Zip: 85705

| Reference Number | P. & S. Horn | Office Location | Arizona | Guide Edition | May-Aug |

| Year Mfg'd | Manufacturer | Trade Name | State | Region |
|---|---|---|---|---|
| 2001 | CHAMPION | EATON PARK III | AZ | MO |

### ADDITIONAL FEATURES

| Description | Quantity | Unit of Measure | Age | Unit Price | Total Value |
|---|---|---|---|---|---|
| **Components** | | | | | |
| - FAN | | | | | |
|    - Ceiling Paddle Fan | 1 | ea. | 1 Year | $139.00 | $139.00 |
| Total FAN | | | | | $139.00 |
| - FLOOR COVERING | | | | | |
|    - 1/2" Rebond Carpet Pad | 400 | sq. ft. | 1 Year | $0.15 | $60.00 |
| Total FLOOR COVERING | | | | | $60.00 |
| - HOUSE TYPE ROOFING | | | | | |
|    - Single-wide | 1 | home | 1 Year | $659.00 | $659.00 |
| Total HOUSE TYPE ROOFING | | | | | $659.00 |
| - HOUSE TYPE SIDING | | | | | |
|    - Single-wide | 1 | home | 1 Year | $706.00 | $706.00 |
| Total HOUSE TYPE SIDING | | | | | $706.00 |
| - KITCHEN APPLIANCES | | | | | |
|    - 18 CF Refrigerator | 1 | ea. | 1 Year | $560.00 | $560.00 |
| Total KITCHEN APPLIANCES | | | | | $560.00 |
| Total Components | | | | | $2,124.00 |

Value Report Filename:

Copyright © 2010 NADA Appraisal Guides, Inc., All rights reserved.

## VALUE REPORT

Date  06/01/2011

| | |
|---|---|
| Company Name: | Harris Mobile Home Sales |
| Address: | 2221 N. Oracle Rd Suite 2 |
| City: Tucson | State: AZ    Zip: 85705 |

| Reference Number | P. & S. Horn | Office Location | Arizona | Guide Edition | May-Aug |
|---|---|---|---|---|---|

| Year Mfg'd | Manufacturer | Trade Name | State | Region |
|---|---|---|---|---|
| 2001 | CHAMPION | EATON PARK III | AZ | MO |

Accessories

- AWNINGS (Aluminum w/Metal Roofing)

| | | | | | |
|---|---|---|---|---|---|
| - Carport | 200 | sq. ft. | 1 Year | $3.67 | $734.00 |
| - Patio | 200 | sq. ft. | 1 Year | $3.67 | $734.00 |
| Total AWNINGS (Aluminum w/Metal Roofing) | | | | | $1,468.00 |

- CENTRAL AIR CONDITIONING SYSTEM (By Ton, 12,000 BTU = 1 Ton) All Types

| | | | | | |
|---|---|---|---|---|---|
| - 3 Ton Electric | 1 | ea. | 1 Year | $1,366.00 | $1,366.00 |
| Total CENTRAL AIR CONDITIONING SYSTEM (By Ton, 12,000 BTU = 1 Ton) All Types | | | | | $1,366.00 |

| | |
|---|---|
| Total Accessories | $2,834.00 |

| | |
|---|---|
| Total Additional Features | $4,958.00 |

Value Report Filename:

Copyright © 2010 NADA Appraisal Guides, Inc., All rights reserved.



# NADA APPRAISAL GUIDES

## VALUE REPORT

Date  06/01/2011

| | |
|---|---|
| Company Name: | Harris Mobile Home Sales |
| Address: | 2221 N. Oracle Rd Suite 2 |
| City: Tucson | State: AZ    Zip: 85705 |

| Reference Number | P. & S. Horn | Office Location | Arizona | Guide Edition | May-Aug |
|---|---|---|---|---|---|

| Year Mfg'd | Manufacturer | Trade Name | State | Region |
|---|---|---|---|---|
| 2001 | CHAMPION | EATON PARK III | AZ | MO |

### REPAIRS

| Description | Size | Quantity | Unit of Measure | $ Cost (Material) | $ Cost (Material & Labor) | Labor Hours | $ Cost (Labor) | $ Total Value |
|---|---|---|---|---|---|---|---|---|
| **Exterior Items** | | | | | | | | |
| - Roof - House Type | | | | | | | | |
| - Shingle 210-235 lbs | | 3 | 1 square | --- | 130.00 | --- | $ 0.00 | $390.00 |
| Total Roof - House Type | | | | | | | | $390.00 |
| Total Exterior Items | | | | | | | | $390.00 |
| **Interior Items** | | | | | | | | |
| - Floor Covering - Vinyl | | | | | | | | |
| - Standard Grade | | 45 | yard | --- | 12.50 | --- | $ 0.00 | $562.50 |
| Total Floor Covering - Vinyl | | | | | | | | $562.50 |
| - Paint | | | | | | | | |
| - Ceiling (approx 200 Sq.Ft.) | 1 Gallon | 5 | | 22.75 | --- | 1 | $ 25.00 | $238.75 |
| Total Paint | | | | | | | | $238.75 |
| - Plumbing - Standard Grade | | | | | | | | |
| - Faucet - Dual Control | | 3 | ea. | 37.00 | --- | 0.45 | $ 25.00 | $144.75 |
| Total Plumbing - Standard Grade | | | | | | | | $144.75 |
| Total Interior Items | | | | | | | | $946.00 |
| **Total Repairs** | | | | | | | | $1,336.00 |

_Olan Neiman_, Az. Lic. # S15309

Value Report Filename:

Copyright © 2010 NADA Appraisal Guides, Inc., All rights reserved.

Page 4 of 4